# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          No. 4:12-cr-185-DPM-3

JAMES THOMAS TRICE                                                DEFENDANT

### Sentencing Scheduling Order

Sentencing is set for **28 August 2013 at 1:30 p.m. in Courtroom B-155**.

So the Court and all parties can prepare for the hearing, the Court sets the following schedule:

Final PSR, including
responses to objections,......... 14 calendar days before sentencing
circulated ...............

- Motions to depart or
  vary and sentencing     ......... 10 calendar days before sentencing
  memoranda filed ......

- Notice by filing about
  witnesses, estimated
  hearing length,
  likelihood of third point,
  and applicability of......... 10 calendar days before sentencing
  safety valve ..........

- Responses to any
  departure or variance
  motions and responding.......... 7 calendar days before sentencing
  memoranda filed ......

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 April 2013