# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:12-cr-185-DPM-2

JOSEPH W. THOMPSON,
a/k/a Nephew                                                DEFENDANT

## ORDER

The United States' unopposed motion to dismiss the indictment, № 73,

is granted. The indictment, № 3, is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_25 April 2013_